JAMES J. McCOMB, Respondent, *v.* THE CORDOVA APART-
MENT ASSOCIATION and ALFRED P. BOLLER, Impleaded, etc.,
Appellants.

(Argued June 19, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made March 29, 1889,
which affirmed an order of Special Term denying a motion
for the payment of certain moneys collected by the receiver
herein.

*George H. Adams* for appellants.

*Edwin C. Perkins* for respondent.

Agree to affirm; no opinion.
All concur, except GRAY, J., not sitting.
Order affirmed.

---

HENRY S. WAUGH, Respondent, *v.* CHARLES O. BAILLY et al.,
NOAH B. SHUTE, Purchaser, Appellant.

(Argued June 19, 1889; decided June 28, 1889.)

APPEAL from order of General Term of the Supreme
Court in the first judicial department, made March 29, 1889,
which affirmed an order of Special Term requiring defendant
to complete purchase under decree of foreclosure.

*Charles H. Lovett* for appellant.

*Joseph F. Mosher* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Order affirmed.